COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| THE STATE OF TEXAS, | § | No. 08-11-00381-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | County Court at Law Number One |
| ROCKY ORTEGA, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20110C01707) |
| | § | |

## MEMORANDUM   OPINION

The State of Texas has moved to dismiss its appeal against Appellee Rocky Ortega.   As permitted by the Rules of Appellate Procedure, at any time before this Court's decision, the Court may dismiss a criminal appeal on an appellant's motion.   TEX.R.APP.P. 42.2(a).   The motion to dismiss has been on file with this Court more than ten days, and indicates it has been served upon Appellee.   This Court has received no response or opposition to dismissal.   Because the State has complied with the requirements of Rule 42.2(a) and no opposing party has sought relief, we grant the motion to dismiss and dismiss the appeal.

August 15, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)